# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
OCT 25 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RUBEN GONZALEZ-PALOMINO (2),<br><br>　　　　　　Defendant. | CASE NO. **12CR3536-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

X 　the jury has returned its verdict, finding the defendant not guilty;

X 　of the offense(s) as charged in the Indictment:

21 USC 841(a)(1) & 846 Conspiracy to distribute mariajuana; 21 USC 41(a)(1) Possession of marijuana with intent to distribute; 18 USC 2 Aiding and abetting.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 24, 2012

　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　Janis L. Sammartino
　　　　　　　　　　　　　　　　U.S. District Judge